389 A.2d 678

Commonwealth v. Davenport, Appellant.

Submitted March 21, 1977.  Steven Morley, Assistant Defender, and Benjamin Lerner, Defender, for appellant;  Michael R. Stiles, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAETH, J., dissents on the basis of *Commonwealth v. Waters,* 252 Pa.Super. 357, 381 A.2d 957 (1977) (SPAETH, J., dissenting).

WATKINS, former P. J., did not participate in the consideration or decision of this case.